JOANN M. COGLEY, Plaintiff-Appellant, v. DAIMLERCHRYSLER CORPORATION *et al.*, Defendants-Appellees.

Second District    No. 2—05—1198

Opinion filed March 13, 2008.

Rebecca J. Letourneaux, of Consumer Legal Services, P.C., of Elmhurst, for appellant.

Timothy V. Hoffman and Michelle A. Franz, both of Sanchez, Daniels & Hoffman LLP, of Chicago, for appellee DaimlerChrysler Corporation.

JUSTICE McLAREN delivered the opinion of the court:

The supreme court, in the exercise of its supervisory authority, directed this court to vacate its decision in *Cogley v. DaimlerChrysler Corp.*, 368 Ill. App. 3d 91 (2006), and to reconsider our judgment in light of *Mydlach v. DaimlerChrysler Corp.*, 226 Ill. 2d 307 (2007). We hereby vacate our decision.

The parties have moved to dismiss the appeal by agreement. We therefore dismiss this appeal and will not reconsider our decision in light of *Mydlach v. DaimlerChrysler Corp.*, 226 Ill. 2d 307 (2007).

Pursuant to the agreement of the parties, "[p]laintiff's complaint is dismissed with prejudice pursuant to settlement with each party to bear its own costs of litigation, and this matter is remanded to the trial court for the purpose of jurisdiction as to the settlement only."

Appellate court judgment vacated and appeal dismissed; cause remanded.

BYRNE, P.J., and BOWMAN, J., concur.